An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DONNA COSTA,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LYNNE K. SIMONS, DISTRICT JUDGE,
Respondents,
   and
SUZANNE HASKINS (TRUSTEE);
STEWART TITLE COMPANY, A TEXAS
CORPORATION; RODNEY L. HINES;
HEIDI HINES; AND AUGUSTA
INVESTMENT MANAGEMENT LLC, A
NEVADA LIMITED LIABILITY
COMPANY, INTERVENOR,
Real Parties in Interest.

No. 68965

**FILED**

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus and prohibition challenging a district court order granting summary judgment in a foreclosure matter.

Having considered the petition and supporting documents, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; NRS 34.330; *Pan v. Eighth*

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31387

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).
Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Saitta

_____ J.          _____, J.
Gibbons                      Pickering

cc:     Hon. Lynne K. Simons, District Judge
        White Law Chartered
        Carole Pope
        Hutchison & Steffen, LLC
        Lemons, Grundy & Eisenberg
        Washoe District Court Clerk

---

[1]We also deny as moot petitioner's amended emergency motion for stay of execution of the writ of restitution.